*(Supreme Court, General Term, Third Department. February 24, 1890.)*

No opinion. Motion for reargument, and for leave to go to court of appeals, denied. See 8 N. Y. Supp. 229; *ante*, 121.

---

## TATOR, Appellant, *v.* TATOR et al., Respondents.

*(Supreme Court, General Term, Fourth Department. February 15, 1890.)*

Appeal from special term, Onondaga county.
Action by James M. Tator against Charlotte M. Tator and others.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
*Hoyt & Beach,* for appellant.    *W. E. & F. E. Hughitt,* for respondents.

MARTIN, J. This action was for the partition of a farm situated in the town of Lysander, Onondaga county, N. Y. The defense was that the defendant Charlotte M. Tator was at the commencement of the action the sole owner of the premises in question. On the trial the court so found. The evidence was sufficient to justify such finding. The court properly dismissed the plaintiff's complaint on the merits. None of the exceptions in the case disclose any error that requires a reversal of the judgment. Judgment affirmed, with costs. All concur.

---

## WEEKS, Appellant, *v.* WALLER, Respondent.

*(Supreme Court, General Term, Fourth Department. February 15, 1890.)*

Judgment affirmed, with costs.

---

## In re AGAR'S WILL.

*(Supreme Court, General Term, Fifth Department. December 30, 1889.)*

No opinion. Decree affirmed, without costs to either party. One hundred dollars allowed out of estate to guardian *ad litem*.